UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALBERTO MARIO RODRIGUEZ,

    Defendant.
_____/

No. 1:09-MJ-77

Hon. Hugh W. Brenneman, Jr.
     U.S. Magistrate Judge

## ORDER FOR DISMISSAL

The United States having filed a Motion to Dismiss the complaint for unlawful flight to avoid prosecution against ALBERTO MARIO RODRIGUEZ,

Leave of court is granted for the dismissal of the complaint.

Dated: December 21, 2009

/s/Hugh W. Brenneman, Jr.
HON. HUGH W. BRENNEMAN, Jr.
United States Magistrate Judge
Western District of Michigan